

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00463-CV

**JBS CARRIERS, INC**. and James Lundry,
Appellants/ Cross-Appellees

v.

Trinette L. **WASHINGTON**, Sophia Renee Lenzy, Thomas Charles Lenzy, Individually and as
Representatives of the Estate of Mary L. Turner, Deceased,
Appellees/ Cross-Appellants

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13011
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Maria E. Fattahi's second request for an extension of time to file the reporter's record is
granted. We order Maria E. Fattahi to file the reporter's record in this cause by October 26, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court